IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NATHANIEL J BROWN,

    Plaintiff,

v.                                       CASE NO. 1:15-cv-00175-MP-GRJ

JULIE JONES, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 3, 2015. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 4. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 3, is adopted and incorporated by reference in this order.
2. This case is DISMISSED WITHOUT PREJUDICE pursuant to the 28 U.S.C. § 1915(g) three-strikes bar.

**DONE AND ORDERED** this   *10th* day of November, 2015

                                    *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge